IN THE SUPREME COURT OF THE STATE OF DELAWARE

WILLIAM HARTMAN, §
§
　　Defendant Below, § No. 435, 2017
　　Appellant, §
§ Court Below—Superior Court
　　v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 0508007488 (S)
§
　　Plaintiff Below, §
　　Appellee. §

Submitted: November 14, 2017
Decided:　December 19, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **O R D E R**

This 19th day of December 2017, after consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, the Court concludes that the judgment below should be affirmed. The Superior Court did not err in dismissing the appellant's second motion for postconviction relief. The motion was procedurally barred and failed to satisfy the pleading requirements of Superior Court Criminal Rule 61(d)(2).

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice